IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD HILYER (AIS #165924),<br>    Plaintiff, | :<br>:<br>: |
| vs. | :<br>:   CIVIL ACTION 15-00356-WS-N |
| JEFFERSON S. DUNN, *et al.*,<br>Defendants. | :<br>:<br>: |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Defendants', Jefferson Dunn, Katherine Gibson, and Shawn Geohagen, Motion for Summary Judgment is **GRANTED** and the claims presented by the Plaintiff Donald R. Hilyer, Jr., are **DISMISSED** with prejudice.

**DONE** this 2nd day of December, 2016.

**s/ WILLIAM H. STEELE**
**CHIEF UNITED STATES DISTRICT JUDGE**