IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DONALD HILYER (AIS #165924), :
    Plaintiff, :
     :
vs. :
     : CIVIL ACTION 15-00356-WS-N
JEFFERSON S. DUNN, *et al.*, :
    Defendants. :
     :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Donald R. Hilyer, Jr., recover nothing and the claims made against Defendants Jefferson Dunn, Katherine Gibson, and Shawn Geohagen are hereby **DISMISSED** with prejudice.

**DONE** this 2nd day of December, 2016.

                                   **s/WILLIAM H. STEELE**
                                   **CHIEF UNITED STATES DISTRICT JUDGE**